# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolle, Charles R. | U.S. Distric Court SDIA | 06/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

401 U.S. Courthouse
130 East Court Street
Des Moines, IA 50309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolle, Charles R. | 06/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolle, Charles R. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merril Lynch IRA (H) | | | | | | | | | |
| 2. -Blackrock Global Fund | A | Dividend | K | T | | | | | |
| 3. -Blackrock Govt Inc. Fund | A | Dividend | J | T | | | | | |
| 4. -General Growth Properties | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Merrill Lynch Rollover IRA (H) | | | | | | | | | |
| 7. -Berkshire Hath B Shares | A | Dividend | L | T | | | | | |
| 8. -New Ireland Fund | A | Dividend | L | T | | | | | |
| 9. -Progressive Ret Fund | A | Dividend | J | T | | | | | |
| 10. -General Elec. Common | A | Dividend | J | T | | | | | |
| 11. -Walmart Common | A | Dividend | J | T | | | | | |
| 12. -Merryl Lynch Bank USA | A | Dividend | J | T | | | | | |
| 13. -Fidelity Adv Balanced Mut Fund | A | Dividend | J | T | | | | | |
| 14. -United Parcel Common | A | Dividend | J | T | | | | | |
| 15. -Accenture Ltd CLA | A | Dividend | J | T | | | | | |
| 16. -Franklin Natural Resources | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolle, Charles R. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Cust IRA rollover (H) | | | | | | | | | |
| 19. -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 20. -Vanguard Emerging Mkts | A | Dividend | L | T | | | | | |
| 21. -Vanguard European Fund | A | Dividend | K | T | | | | | |
| 22. -Vanguard Pacific Stock Index | A | Dividend | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Merrill Lynch IRA II (H) | | | | | | | | | |
| 26. -American Income Fund of America | A | Dividend | K | T | | | | | |
| 27. | | | | | | | | | |
| 28. Merrill Lynch IRA I (H) | | | | | | | | | |
| 29. -IShares FTSE HK China 25 Index Fund | A | Dividend | J | T | | | | | |
| 30. -Paychex Inc | A | Dividend | J | T | | | | | |
| 31. -United Tech Corp Common | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. Fidelity Investmenst Acct (H) | | | | | | | | | |
| 34. Berkshire Hathaway Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolle, Charles R. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intl Game Tech Common | A | Dividend | J | T | | | | | |
| 36. Tortoise MLP & Pipeline Fund | A | Dividend | K | T | | | | | |
| 37. Malox | A | Dividend | K | T | | | | | |
| 38. Van Eck Vectors High Yield Municipal ETF (HYD) | A | Dividend | K | T | | | | | |
| 39. Investco Power Shares National AMT - Free MuniBd ETF (PZA) | A | Dividend | K | T | | | | | |
| 40. SPDR Nuveen Bloomberg Barclays Municipal Bond ETF (TFI) | A | Dividend | K | T | | | | | |
| 41. SPDR Muni Bond ETF | A | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. IRA FBO (H) | | | | | | | | | |
| 44. iShares 1-3 yr Bond ETF | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. IRA -WL (H) | | | | | | | | | |
| 47. Consumer Staples SPDR | A | Dividend | J | T | | | | | |
| 48. Guggenheim S&P 500 Equal Weight ETF (RSP) | A | Dividend | K | T | | | | | |
| 49. iShares MSCI ETF | A | Dividend | J | T | | | | | |
| 50. Dreyfus Cash Mgt Sh | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolle, Charles R.** | 06/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) As with my 2014, 2105, and 2016 many of the investments in the Wolle living Trust and IRA for ▮▮▮▮▮▮▮ (my wife) and Charles R. Wolle are being managed by Wealth Architecs and by Pershin LLC as advisor and custodian. Also by Merrill Lynch, Bank of American, and Wells Fargo banks.

2) I still have great difficulty using electronics, like FiDO. In the past several years, I have been greatly assisted by Kristina Usry of your staff, but this yeaar I have been unable to reach her y phone; I have talked with Laurina Spolidoro and Sottie Abell of your phone number.

3) Next year I hope to work with the staff persons in Des Moines (SDIA Clerk of Court) to prepare and deliver my 2018 report by FiDO.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Wolle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544